No. 317PA14                                                    TENTH DISTRICT

FILED 6 NOVEMBER 2015

SUPREME COURT OF NORTH CAROLINA

* * * * * * * * * * * * * * * *

STATE OF NORTH CAROLINA            )
                                   )
           v.                      )      From Wake County
                                   )
RODNEY NIGEE PLEDGER TAYLOR    )


* * * * * * * * * * * * * * * *

## ORDER

This case comes before the Court by way of defendant's petition for discretionary review pursuant to N.C.G.S. § 7A-31. We also allowed the State's conditional petition for discretionary review as to additional issues.

We reverse the decision of the Court of Appeals in part and remand this case to the Court of Appeals to consider defendant's Fifth Amendment argument on the merits. As to all other issues in defendant's petition for discretionary review, and as to all issues in the State's conditional petition for discretionary review, we conclude that discretionary review was improvidently allowed.

By order of the Court in Conference, this 5th day of November, 2015.


                                   s/Ervin, J.
                                   For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 5th day of November, 2015.

CHRISTIE S. CAMERON ROEDER
Clerk of the Supreme Court

s/M.C. Hackney
Assistant Clerk